# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TOWN OF SMYRNA, TENNESSEE, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:11-0642 |
| | ) Judge Sharp |
| THE MUNICIPAL GAS AUTHORITY OF GEORGIA, | ) |
| Defendant. | ) |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court enters the following rulings:

(1) Defendant's Motion to Transfer, Dismiss, or Abstain (Docket No. 19) is hereby DENIED AS MOOT;

(2) Defendant's Motion to Transfer, Dismiss, or Abstain With Respect to Plaintiff's First Amended Complaint (Docket No. 32) is hereby DENIED; and

(3) Defendant's Motion to Dismiss Based on the Doctrine of Sovereign Immunity (Docket No. 40) is hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE